THE PEOPLE OF THE STATE OF NEW YORK ex rel. LANCE SESSOMS, Appellant, v ROBERT ERCOLE, Respondent.

Submitted April 9, 2007; decided June 5, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BORIS TEICHMAN (TEISHMAN), Appellant, v BRIAN RIORDAN, as Warden, Respondent.

Submitted April 9, 2007; decided June 5, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.

In the Matter of SIMONE D., Appellant. KATHLEEN IVERSON, Respondent.

Submitted May 21, 2007; decided June 5, 2007

Motion by New York State Psychiatric Association, Inc. for leave to file a brief amicus curiae on the appeal herein denied as untimely (*see* Rules of Prac of Ct of Appeals [22 NYCRR] § 500.23).